UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                       Ind. No. 15-CR-95 (AJN)

   -against-

                                                 **NOTICE OF MOTION**

DOMINICK SHERLAND

                Defendant.
-------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed affirmation of Edward V. Sapone, Esq., dated December 15, 2017, the accompanying Memorandum of Law, and all documents and proceedings in this case, the undersigned will move the Honorable Alison J. Nathan, District Judge, United States District Court for the Southern District of New York, for an order:

        (i)        continuing the Rule 14 severance of defendants Dominick Sherland and Donque Tyrrell, and directing that separate trials be held for each defendant; and

        (ii)       for any additional relief that this Court deems just and proper, or that may become appropriate as a result of information disclosed as a result of this motion or any further proceeding in this case.

   No prior application for the requested relief has been made to any court.

Dated:     New York, New York
              December 15, 2017

                                                                     Respectfully submitted,

                                                                     */s/ Edward V. Sapone*
                                                                     Edward V. Sapone, Esq.
                                                                     Sapone & Petrillo, LLP
                                                                     1 Penn Plaza, Suite 5315
                                                                   New York, New York 10119
                                                                     Tel.: (212) 349-9000
                                                                     Fax: (212) 349-9003
                                                                   Email: edward@saponelaw.com