UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   S11 15 Cr. 95 (JSR)
       - v. -                       :
                                    :
DOMINICK SHERLAND,                  :
                                    :
              Defendant.            :
------------------------------------X

       The above-named defendant, who is accused of violating: Title 18, United States Code, Section 1962(d), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                            _____
                                                  Defendant

                                            _____
                                                 Witness

                                            _____
                                            Counsel for Defendant

Date:    New York, New York
         February 28, 2018



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 8 2018