**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza Plaza*
*New York, New York 10278*

August 31, 2026

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Domnick Sherland*, 15 Cr. 95 (JPC)

Dear Judge Cronan:

The Government respectfully writes in response to the Court's order of August 21, 2026 directing the Government to send defendant Domnick Sherland a copy of his plea agreement. The Government has reviewed its files and does not have a copy of the plea agreement countersigned by Mr. Sherland and his attorney. The Government is sending to Mr. Sherland the operative February 27, 2018 plea agreement, signed by attorneys for the Government, along with the transcripts of the defendant's change of plea hearing, which took place over two dates.

The Court thanks the Government for its update. The Clerk of Court is respectfully directed to close Dkt. 3652.

SO ORDERED
September 1, 2026

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s
Allison Nichols
Assistant United States Attorney
(212) 637-2366

Cc: Dominick Sherland
Register Number: 77409-054
FCI Oakdale I
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
OAKDALE, LA 71463